COLUMBUS INDUSTRIAL BANK, Respondent, *v.* GRAZIA VERRILLI et al., Defendants, and ANTHONY VERRILLI, ·Appellant.

Argued April 25, 1941; decided May 22, 1941.

*Albert A. Verrilli* and *Basil Filardi, Jr.,* for appellant.
*Robert R. Rosan* and *Herbert Rogowsky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.